UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANGEL STRUNK,<br><br>　　　　Defendant. | CASE NO. 1:22-cr-70<br><br>JUDGE  BARRETT<br><br>INFORMATION<br><br>18 U. S. C. § 2<br>18 U. S. C. § 1001(a)(2)<br>18 U. S. C. § 1014 |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (False Statement on a Loan and Credit Application)

On or about July 6, 2020, in the Southern District of Ohio and elsewhere, the defendant, **ANGEL STRUNK**, knowingly made, and caused to be made, a false statement or report for the purpose of influencing the action of Stock Yards Bank & Trust, the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with a loan application, that is, the defendant prepared on behalf of K.L. a Small Business Administration Payment Protection Program loan application that contained false information, in that the defendant, **ANGEL STRUNK**, claimed that K.L.'s business had an average monthly payroll of $42,208.30, when in truth and in fact, as the defendant, **ANGEL STRUNK**, well knew, K.L.'s business did not generate the monthly payroll amount claimed.

　　**In violation of 18 U.S.C. §§ 1014, 2.**

### COUNT 2
### (False Statement or Representation to an Agency of the United States)

On or about February 13, 2021, in the Southern District of Ohio and elsewhere, the defendant, **ANGEL STRUNK**, did willfully and knowingly make a materially false, fictitious, and

fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the government of the United States, by falsely stating in a Small Business Administration (SBA) Payment Protection Program (PPP) loan application that her business Cincinnati Digital Marketing, LLC had an average monthly payroll of $11,888 and had three employees. These statements or representations were false, because as the defendant, **ANGEL STRUNK**, then and there knew, the business did not have an average monthly payroll of $11,888, nor did it employ three individuals. These statements and representations were also material in that the false statements to the SBA caused the SBA to approve the issuance of a $29,720.00 PPP loan to **STRUNK**.

**In violation of 18 U.S.C. §§ 1001(a)(2), 2.**

                                                **KENNETH L. PARKER**
                                                **UNITED STATES ATTORNEY**

                                                */s/ E. Taiwo*
                                                **EBUNOLUWA A. TAIWO**
                                                **Assistant United States Attorney**